## Exhibit Cover Sheet

**Party
Submitting:**   Daniel M. McDermott, United States Trustee          Exhibit # <u>5</u>

**Admitted:**   YES   or   NO   *(circle one)*

**Debtor:**   Tamara D. Harris

**Case No.:**   6:17-bk-06716-CCJ

**Nature of
Hearing:**   Final Evidentiary Hearing on Acting United States Trustee's Motion for Contempt, Sanctions: Disgorgement, the Assessment of Fines and Statutory Damages, and for Additional Injunctive Relief *(Doc. No. 7)*

**United States Bankruptcy Court
Middle District of Florida
Orlando Division**

**Dated: _____, 2018.**

**By: _____, Deputy Clerk**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PRESTON BRIDGEWATER,** | ) | Case No.: 6:14-bk-06232-CCJ |
| | ) | **Chapter 7** |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **GUY G. GEBHARDT,** | ) | |
| **Acting United States Trustee,** | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No.: 6:14-ap-00100-CCJ |
| | ) | |
| v. | ) | |
| | ) | |
| **WARREN SIZINSKI,** | ) | |
| | ) | |
| d/b/a THEMIS GROUP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FINAL JUDGMENT

THIS PROCEEDING is before the Court upon the Order Granting Motion for Default Judgment Against Warren Sizinski and Cancelling Pretrial Conference (Dkt. No. 10). Based upon the default of Warren Sizinski, it is now

**ORDERED and ADJUDGED:**

1.    Judgment is entered in favor of the Acting United States Trustee and against Warren Sizinski as to the First, Second and Third Claims for Relief in the complaint.

2.    Warren Sizinski is hereby fined $500 (five hundred dollars) payable to the United States Trustee Program. Warren Sizinski is ordered to pay this fine within 14 days of the entry of this judgment. Payment shall be made by cashier's check or certified check made out to the

1

United States Trustee Program. Payment shall be mailed to the Office of the United States Trustee, attention Scott Bomkamp, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

3.     Warren Sizinski is hereby ordered to disgorge $500 (five hundred dollars) to Preston Bridgewater. Warren Sizinski is ordered to pay this disgorgement within 14 days of the entry of this judgment. Payment shall be made by cashier's check or certified check made out to Preston Bridgewater. Payment shall be mailed to the Office of the United States Trustee, attention Scott Bomkamp, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

4.     Warren Sizinski is hereby PERMANENTLY ENJOINED from acting as a bankruptcy petition preparer. Furthermore, Warren Sizinski's agents, employees, associates, assigns, successors, corporations, related entities (including Themis Group) and all persons or entities acting in active concert and participation with Warren Sizinski are hereby PERMANENTLY ENJOINED from acting as bankruptcy petition preparers. Furthermore, Warren Sizinski is hereby PERMANENTLY ENJOINED from providing any legal advice regarding bankruptcy. By this injunction, Warren Sizinski is forever forbidden from participating in the business of preparing bankruptcy documents in any way, shape, form or manner.

*[the remainder of this page left deliberately blank]*

5.      In the event that Warren Sizinski does not comply with any paragraph in this Final Judgment, the Court may hold Warren Sizinski in contempt of Court. Penalties for contempt of Court include, but are not limited to, the assessment of a monetary fine, and arrest and imprisonment. The Court will retain jurisdiction to enforce compliance with this Final Judgment.

DONE and ORDERED on ___Oct. 15, 2014.___ .

Cynthia C. Jackson
United States Bankruptcy Judge

Copies furnished to (service by BNC):
Warren Sizinski, 7777 N. Wickham Rd., #12-217, Melbourne, FL 32940;
Warren Sizinski, 5130 Commercial Dr, Suite H, Melbourne, FL 32940.

3